UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS WILLIAM SINCLAIR RICHEY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>STEVEN SINCLAIR,<br><br>　　　　Respondent. | Case No. C09-5164RJB-KLS<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The Court, having reviewed the Report and Recommendation, petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation is approved and adopted;

(2) petitioner's application to proceed *in forma pauperis* is DENIED;

(3) petitioner shall pay the required filing fee ($5.00) to the Clerk of the Court within 30 days of the date of this Order, otherwise this action will be dismissed; and

(4) the Clerk is directed to send copies of this Order to petitioner and any other party that has appeared in this action.

DATED this 22nd day of May, 2009.

　　　　　　　　　　　　　*/s/ Robert J. Bryan*
　　　　　　　　　　　　　Robert J. Bryan
　　　　　　　　　　　　　United States District Judge

ORDER
Page - 1