UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS WILLIAM SINCLAIR RICHEY,

                Petitioner,

        v.

STEVE SINCLAIR,

                Respondent.

Case No. C09-5164RJB-KLS

ORDER TRANSFERRING
SECOND OR SUCCESSIVE
PETITION

     The Court, having reviewed the Report and Recommendation and the remaining record, hereby finds and ORDERS:

    (1)     the Magistrate Judge's Report and Recommendation is approved and adopted;

    (2)     the petition (Dkt. #1) is TRANSFERRED to the Ninth Circuit as a second or successive petition.

    (3)     the Clerk is directed to enter this Order and send copies to petitioner, any other party that has appeared in this action, and the Hon. Karen L. Strombom.

    (4)     the Clerk is further directed to administratively close this file.

    DATED this 13th day of July, 2009.

                                Robert J. Bryan
                                United States District Judge