# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS WILLIAM SINCLAIR RICHEY

JUDGMENT IN A CIVIL CASE

v.

STEVE SINCLAIR

CASE NUMBER: C09-5164RJB-KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Magistrate Judge's Report and Recommendation is approved and adopted; and

2. the petition (Dkt. #1) is TRANSFERRED to the Ninth Circuit as a second or successive petition.


| July 16, 2009 | BRUCE RIFKIN |
| --- | --- |
| | Clerk |

| | /s/ Jennie L. Patton |
| --- | --- |
| | Deputy Clerk |